Joshua Hill (CABN 250842)
jhill@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104

Attorneys for Third-Party
GENENTECH INC.

MELINDA L. HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURA RESNANSKY and KRIS JACOB, | No. 4:130-cv-05133-DMR |
| Plaintiffs, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION TO BE PRODUCED BY THIRD-PARTY GENENTECH INC. |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

    Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

    The parties agree that entry of the following protective order is necessary in order to protect the confidential information of third-party Genentech Inc. Disclosure and discovery activity in this action will likely involve production of confidential, commercially sensitive, proprietary, trade

STIP. & [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFO. TO BE PRODUCED BY THIRD-PARTY GENENTECH INC. – CASE NO. 4:130-CV-05133-DMR

secret, salary information, or private information for which special protection from public disclosure and from use for any purpose other than responding to the Subpoena in this matter would be damaging. Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Protective Order.

## STIPULATED PROTECTIVE ORDER

All documents and electronically stored information produced by Genentech Inc. in this action which are designated in writing as being "Produced Under Protective Order" (the "Protected Documents") shall be subject to the following restrictions:

1. All information therein shall be used only for the purpose of this litigation and not for any other purpose;

2. No information therein shall be disclosed to anyone other than (a) counsel for the parties and their staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons upon whom the parties mutually agree in writing;

3. There shall be no reproduction of the Protected Documents except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Except as otherwise provided in Paragraphs 2 and 3, all of the Protected Documents produced to the parties shall remain in the custody of the attorneys of record during the pendency of the litigation;

5. This Stipulation and Protective Order will cover any and all documents produced by Genentech Inc. in relation to this matter;

6. No later than thirty (30) days after final determination of this litigation, including any appeals, attorneys for the parties shall destroy or return to Genentech's counsel all of the Protected Documents produced to the parties, including any copies, extracts or summaries thereof. If the Protected Documents are destroyed, attorneys for the parties shall so notify Genentech's counsel in writing within seven (7) days of the destruction. Notwithstanding this paragraph, however, attorneys for the parties may retain one copy of each pleading and other document filed with the Court that

contains any Protected Document; and

7. This Stipulation and Protective Order is without prejudice to the right of any party to seek modification of it from the Court. It shall remain in effect until such time as it is modified, amended or rescinded by the Court and shall survive termination of this action. The Court shall have continuing jurisdiction to modify, amend, rescind or enforce this Stipulation and Protective Order notwithstanding the termination of this action.

DATED: 12/30/14        By: *Josh Hill/RP*
JOSHUA HILL
SIDLEY AUSTIN LLP
Attorneys for Third-Party
GENENTECH INC.


MELINDA L. HAAG
United States Attorney


DATED: 12/30/14        By: *[signature]*
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant


DATED: 12/30/14        By: *[signature]*
DOUGLAS SAELTZER
Attorney for Plaintiff


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: December 30, 2014     *[signature]*
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE