LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RESNANSKY and KRIS JACOB<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C 13-05133 DMR<br><br>**STIPULATION AND [PROPOSED]  ORDER TO EXTEND EXPERT DISCOVERY DEADLINE FOR PURPOSES OF DEPOSING TWO EXPERT WITNESSES**<br><br>The Honorable Donna M. Ryu<br>Trial Date: June 8, 2015 |

Subject to the approval of this Court, the parties hereby stipulate to extend the deadline of expert discovery in this matter from March 10, 2015 to March 11, 2015 for the purposes of deposing two expert witnesses, Carol Hyland and Susan Pantely. The basis of this stipulation is due to the fact that calendaring conflicts arose. The requested extension will not affect any of the other dates set in the case and is without prejudice to any party. The parties have conferred and jointly agree to this extension.

SO STIPULATED.

Dated: 3/4/15

WALKUP, MELODIA, KELLY & SCHOENBERGER

_____
DOUGLAS S. SAELTZER
Attorneys for Plaintiffs

Dated: 3/4/15

MELINDA L. HAAG
UNITED STATES ATTORNEY

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 5, 2015

_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINE FOR PURPOSES OF
DEPOSING TWO EXPERT WITNESSES - CASE NO. C 13-05133 DMR