```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4  MICHELLE LO (NY Bar No. 4325163)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7155
 7      FAX: (415) 436-6748
        neill.tseng@usdoj.gov
 8      Michelle.Lo@usdoj.gov

 9  Attorneys for Defendant
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURA RESNANSKY, ET AL., | CASE NO. C 13-5133 DMR |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE SURREPLY |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil L.R. 7-11, Defendant filed an Administrative Motion to File Surreply. Having carefully reviewed the parties' papers and considered their arguments, and good cause existing therefor, the Court hereby GRANTS the administrative motion and ORDERS that the surreply attached as Exhibit 1 to Defendant's Objection to Reply Evidence and Administrative Motion to File Surreply be accepted by this Court for filing.

IT IS SO ORDERED.

Dated: _____

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE