```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2  ALEX G. TSE (CSBN 152348)
    Chief, Civil Division
 3  NEILL T. TSENG (CSBN 220348)
    Assistant United States Attorney
 4  MICHELLE LO (NY Bar No. 4325163)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-7155
 7      FAX: (415) 436-6748
        neill.tseng@usdoj.gov
 8      Michelle.Lo@usdoj.gov

 9  Attorneys for Defendant
    UNITED STATES OF AMERICA
10
```

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                            OAKLAND DIVISION

| | |
|---|---|
| LAURA RESNANSKY, ET AL., | CASE NO. C 13-5133 DMR |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL CASE MANAGEMENT DATES; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Subject to the approval of the court, the parties hereby stipulate that all case management dates and deadlines, including the trial date, are vacated. The parties have agreed in principle to a settlement and anticipate filing a stipulation of dismissal within 45 days.

Respectfully submitted,

WALKUP, MELODIA, KELLY & SCHOENBERGER

DATED: May 1, 2015

DOUGLAS S. SAELTZER
JUSTIN CHOU
Attorneys for Plaintiffs

NOTICE OF SETTLEMENT & STIP. TO VACATE ALL CASE MANAGEMENT DATES; [PROPOSED] ORDER
C 13-5133 DMR                                      1

MELINDA L. HAAG
United States Attorney

DATED: May 1, 2015

NEILL T. TSENG
MICHELLE LO
Assistant United States Attorneys
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The parties shall file a status report by June 5, 2015.

DATED: May 5, 2015

DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

NOTICE OF SETTLEMENT & STIP. TO VACATE ALL CASE MANAGEMENT DATES; [PROPOSED] ORDER
C 13-5133 DMR                           2