LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

DOUGLAS S. SAELTZER (State Bar #173088)
dsaeltzer@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney
MICHELLE LO (NY Bar No. 4325163)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov
    Michelle.Lo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| LAURA RESNANSKY, ET AL., | CASE NO. C 13-5133 DMR |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT UNITED STATES OF AMERICA; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs LAURA RESNANSKY and KRIS JACOB and Defendant UNITED STATES OF AMERICA hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party will bear its own costs and attorneys' fees.

DATED: 6/1/2015

_____
LAURA RESNANSKY
Plaintiff

DATED:

_____
KRIS JACOB
Plaintiff

DATED: 5/28/15

_____
DOUGLAS SAELTZER
Attorney for Plaintiffs

DATED: 6/22/15

_____
NEILL T. TSENG
Assistant United States Attorney
Attorney for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 23, 2015

_____
HON. DONNA M. RYU
United States Magistrate Judge